August 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SALLY SALAS AND SEFERINO SALAS, Appellants

NO. 14-12-00695-CV                     V.

LNV CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, LNV Corporation, signed July 2, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Sally Salas and Seferino Salas, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.